# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.

MAR 14 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Jason S. Arnold, Plaintiff**

**v.**

**X Corp. (formerly Twitter, Inc.), Defendant**

**Case No.: [To be assigned by Court]**
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**Filed Pro Se**
**Plaintiff: Jason S. Arnold**
**Address: 240 Commonwealth St, Franklin Square, NY 11010**
**Phone: 929-699-3448**
**Email: [Insert Email]**

**Filed on: 03/11/2025**

- **Formal Legal Complaint for Federal Court Filing**
- **Claims for Violation of Free Speech & Political Discrimination**
- **Request for Injunctive Relief (Reinstatement of Account)**
- **Demand for Damages**
- **Official Demand Letter to X Legal Counsel**
- **Supporting Legal Precedents & Case Law**

## FEDERAL COMPLAINT

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

Jason S. Arnold,
Plaintiff,
v.
**X Corp. (formerly Twitter, Inc.),**
Defendant.

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff **Jason S. Arnold** ("Plaintiff"), a resident of the State of New York, brings this action against **X Corp. (formerly Twitter, Inc.)** ("Defendant" or "X") for **wrongful account suspension, political discrimination, and suppression of free speech.**

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to **28 U.S.C. § 1331** (federal question) and **28 U.S.C. § 1332** (diversity jurisdiction), as this case involves constitutional issues and Defendant operates across multiple states, including Florida.
2. Venue is proper in the **Southern District of Florida** pursuant to **28 U.S.C. § 1391(b)** because X Corp. conducts substantial business in Florida and has previously been subject to litigation regarding similar claims in this jurisdiction.

## PARTIES

3. **Plaintiff Jason S. Arnold** is an individual and a declared **candidate for Governor of New York in 2026** who utilized X as a primary platform for political outreach.
4. **Defendant X Corp.** is a **privately-owned** company headquartered in San Francisco, California, operating under Florida and federal law.

## FACTUAL ALLEGATIONS

5. On or about **March 11th, 2025**, Plaintiff's X account was **permanently suspended** for an alleged violation of "hate speech and directed violence" policies.

6. The suspension resulted from the following comment:

    **"@trumplicans2024 Can't find those on a tranny, but trans are for liberals who don't want to admit they gay."**

7. Plaintiff asserts that this comment:
    a. **Did not incite violence or threats** as defined by X's policies.
    b. **Was political satire and opinion,** which is protected under the First Amendment.
    c. **Was selectively enforced** against Plaintiff while similar or worse comments remain on the platform.

8. Plaintiff **was not provided with a fair appeal process,** and X failed to specify **how the comment violated their policies.**

9. X's enforcement disproportionately impacts **conservative political figures and candidates,** violating fair election practices and discriminating based on political speech.

## LEGAL CLAIMS

### COUNT 1: VIOLATION OF FIRST AMENDMENT RIGHTS UNDER STATE ACTION THEORY

10. While X is a private company, it **functions as a public forum and engages in viewpoint discrimination**, making it subject to **constitutional scrutiny** under the state action doctrine.

11. X has previously collaborated with **federal agencies (e.g., FBI, DHS) to moderate content**, making its censorship actions **potentially influenced by government interests.**

12. Plaintiff's **political speech was unjustly suppressed**, violating his right to freely express himself **while running for public office.**

### COUNT 2: POLITICAL DISCRIMINATION & UNFAIR BUSINESS PRACTICES

13. X's policies **target conservative voices disproportionately**, resulting in an unfair **de facto ban** on political engagement.

14. By removing Plaintiff's account **without clear policy enforcement** and **without equal application of the rules**, X has engaged in unfair trade practices.

15. Plaintiff has suffered damages in the form of:
    a. **Loss of campaign outreach & voter engagement**
    b. **Loss of reputation and suppression of political speech**
    c. **Financial damages due to disruption of promotional efforts**

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1. **Immediate injunctive relief** requiring reinstatement of Plaintiff's X account.
2. **Monetary damages** in excess of **$500,000** for suppression of political speech, reputational harm, and lost campaign engagement.
3. **A declaratory judgment** stating that X's policies constitute unlawful political discrimination.
4. **A permanent injunction** prohibiting X from engaging in further censorship against legally protected political speech.
5. **Any additional relief** the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**Jason S. Arnold**

**NYS Governor Hopeful,**
**240 Commonwealth St, Franklin Square, NY 11010**
**Phone: 929-699-3448**
**Plaintiff, Pro Se**

## MOTION TO PROCEED IN FORMA PAUPERIS

**WHEREFORE, Plaintiff respectfully requests that this Court:**

- **Grant this Motion to Proceed In Forma Pauperis** and allow Plaintiff to file this lawsuit **without prepaying filing fees** or related costs.
- **Grant any further relief** the Court deems just and proper.

---

## DECLARATION IN SUPPORT OF MOTION

I, **Jason S. Arnold**, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Dated:** *03/11/2025*
**Respectfully Submitted,**

**Jason S. Arnold**
240 Commonwealth St, Franklin Square, NY 11010
Phone: 929-699-3448
Email: *Jaysarnold@icloud.com*
**Plaintiff, Pro Se**



# Patriotism, Politics, and the Path to Red ✔ ← con firme6

@JayNation4547

Jason S. Arnold | NY Governor 2026 💼 Fighting for safer streets, lower taxes & real change. Not a politician—just a New Yorker who's had enough! #FixNY

💼 Podcast   📍 11804   🔗 turnnyred.us

📅 Joined February 2025

View more   H o 6

1500   733

**0** Following   **0** Followers

**Posts**   Replies   Highlights   Articles   Media



📌 Pinned

**Patriotism, Politics, and the Pa...** ✔ · 2d   ···
Jason S. Arnold for NY Governor 2026 – A Plan to Fix New York



New York is suffering under failed leadership, rising crime, high taxes, and reckless policies. Career politicians have created these problems, and they will not fix them.

I have lived through every broken

1:51





## Patriotism, Politics, and the Path to Red

@JayNation4547

**0** Following   **0** Followers



For you

### Your ac

After carefu
broke the X
in read-only
Repost, or l
create new
wrong, you

Don
Bl

Shou
Foun

YES

👤 **Profile**

𝕏 **Premium**

🔖 **Bookmarks**

💼 **Jobs**

▤ **Lists**

◉ **Spaces**

▣ **Monetization**

⚙ Settings and privacy

⦵ Help Center

🛒 Purchases







I was working 3:30 Am to 9-10 pm







2:36 🔕

**Post**   𝕏 ···

← 

**No penis!**

9:20 PM · 3/10/25 · **1K** Views

💬 6        🔁 10        ♡ 66        🔖        ⬆️

**Most relevant replies** ⌄

**1**   **living the dream on Dirt Road...** ✔️ · 16h ···
Uh.  And bikinis

💬        🔁        ♡ 2        ᵢₗᵢ 7        🔖        ⬆️

**2**   **JamieLynn_TrumpGrl** 🦋 ✔️ @2ja... · 16h ···
Lol! Oh so true! 👏 🐺

💬        🔁        ♡ 1        ᵢₗᵢ 7        🔖        ⬆️

**3**   **I do judge.** ✔️ @Dan50505050 · 16h ···
Judged True.

💬        🔁        ♡ 1        ᵢₗᵢ 10        🔖        ⬆️

**4**   **Bob Kezer, PhD, IBEW 1547 Jry...** ✔️ · 13h ···
Can we go back to using the word
"dick"....much classier. 😎

💬        🔁        ♡        ᵢₗᵢ 6        🔖        ⬆️

**5**   **Lafitte727** 🥃 🗣️ 🇺🇸 @Lafitte727 · 16h ···
Yup 👍

💬        🔁        ♡ 1        ᵢₗᵢ 5        🔖        ⬆️

Post your reply

🏠        🔍        𝕏
GROK        👥        🔔¹        ✉️

6:02

Patriotism, Politics, and th... X
6.5K posts

**Posts**   Replies   Highlights   Articles   Media

**Patriotism, Politics, and the...** ✔ · 15m   ...
@realDonaldTrump @IvankaNews_
@elonmusk really hate speech, who's
running X

Your post was detected by our systems and has
had its visibility limited for violating the X rules.
Specifically:

**We have determined your post violated our
rules against** Hateful Conduct.

You may not promote violence against, threaten, or
harass other people on the basis of race, ethnicity,
national origin, sexual orientation, gender, gender
identity, religious affiliation, age, disability, or serious
disease.

> **Patriotism, Politics, and the Path to Red**
> @JayNation4547
>
> @trumplicans2024 Can't find those on a tranny, but
> trans are for liberals who don't want to admit they
> gay

As a result, your post may stay on the platform
but we have limited its reach. You can learn
more about how your post's visibility is limited
on our Help Center.

💬 2      ⟲      ♡      �📊 7      🔖      ⬆️

**Patriotism, Politics, and the...** ✔ · 10m
I think they begging to be sued

💬      ⟲      ♡      ⭠ 6      🔖      ⬆️

Patriotism, Politics, and the... ✔ · 14m
Replying to @JayNation4547

6:05 ✈

## Post

𝕏 ···

had its visibility limited for violating the X rules.
Specifically:

### We have determined your post violated our rules against Hateful Conduct.

You may not promote violence against, threaten, or
harass other people on the basis of race, ethnicity,
national origin, sexual orientation, gender, gender
identity, religious affiliation, age, disability, or serious
disease.

> **Patriotism, Politics, and the Path to Red**
> @JayNation4547
>
> @trumplicans2024 Can't find those on a tranny, but
> trans are for liberals who don't want to admit they
> gay

As a result, your post may stay on the platform
but we have limited its reach. You can learn
more about how your post's visibility is limited
on our Help Center.

If you think we've made a mistake, you can
appeal the violation by going to your post and
selecting "Learn more".

5:46 AM · 3/11/25 · **7** Views

💬 2      ⇄      ♡      🔖      ↑

**Most relevant replies** ⌄

This Post is from a suspended account. Learn
more

Add another post

*(handwritten, left margin, rotated):* how I figured out I was suspended ↑



8:44



📍 Cartersville, GA

**First transgender woman to compete in Miss GA USA pageant**

Local 3 News

💬 173    🔁 165    ♡ 224    📊 15K    🔖    ↑

# Your account is suspended

After careful review, we determined your account broke the X Rules. Your account is permanently in read-only mode, which means you can't post, Repost, or Like content. You won't be able to create new accounts. If you think we got this wrong, you can submit an appeal.

➡

**Elon Musk - Parody** ✓ @elonmus... · 5h   ···
Do you think my Mum and I deserve secret service protection?

What do you think?

A.Good idea
B. Bad idea



6:20 ✈



**To:** and the Path to Red Patriotism Politics ›

# Your X account has been suspended



Hello Patriotism, Politics, and the Path to Red,

Your account, JayNation4547, has been suspended for violating the X Rules after review by a human moderator.

Specifically, for:

## Violating our rules against authenticity.

You may not use our services to engage in inauthentic activity that undermines the integrity of X.

Note that if you attempt to evade a suspension by creating new accounts, we will suspend your new accounts. If you wish to appeal this suspension, please contact our support team.

If you have an active X Premium subscription, it will not be automatically canceled by X. To cancel your X Premium subscription, follow these instructions.

X Corp. 865 FM 1209 Building 2 Bastrop, TX 78602

      

*Email confirmati...* (handwritten, left margin)



Here →

7 hrs After

→

worse



12:54

**Post**

 **Trump Girl** 🏴‍☠️🦅🏴‍☠️ ✓
@MAGA__Patriot

Follow

Elon Musk dropped a bombshell claim about his transgender child, alleging he was tricked by the 'woke mind virus.





Musk's bombshell claim about his trans child

Post your reply

   GROK  

12:54 🔕



Musk's bombshell claim about his trans child

DailyWire
0:28

7:17 PM · 7/23/24 · **27K** Views

💬 20          ↻ 265          ♡ 334          🔖 41          ⬆️

Most relevant replies ⌄

worse.

 **Kevin** @KevinBlue220 · 7/23/24                    ...
I think he has every right to be ~~angry and feel betrayed.~~   I hope he succeeds in helping to ~~stop woke~~

💬          ↻          ♡ 9          �ᴵ|ᴵ 410          🔖          ⬆️

 **~Brecca** 👏 ✓ @rebeccaOde... · 8/27/24    ...
This breaks my heart.

💬          ↻          ♡          �ᴵ|ᴵ 293          🔖          ⬆️

 **AW** @arlie_winters · 7/23/24                    ...
That poor man.....

 Post your reply

🏠          🔍          𝕏
        GROK

12:55

268

**kevin moore** @keebmo · 7/24/24

These are fiendish ghouls, preying on the vulnerable

♡ 1      187

**Waseem Mostafa** @Wasee... · 11/16/24

What is the plan for reducing homosexuality, as Unit 8200 expects the failure of Trump to achieve this goal?

x.com/SIGINT_8200/st...

**بن نوفل اورقة** ✔ 🔒 @SIGINT... · 11/15/24

سمعت ترامب يوعد بإنهاء ظاهرة المثلية

وقررت أبحث في التاريخ عن نشأة هذه الظاهرة "اجتماعيا" وليس "سياسيا" في الغرب كيف بدأت؟

اعيد (اجتماعيا)

حتى استطيع توقع المستقبل واعرف هل راح يستطيع ترامب انهائها فعلا!
وهذا القصة والنتيجة اللي وصلت لها..

#ثريد

worse?

Post your reply

GROK

12:46 🔕



🔍 transgender violence

**Top**   Latest   People   Videos   Photos

0:54

💬 12      🔁 40      ♡ 165      📊 15K      🔖      ⬆️



**Courage Is A Habit** ✔️ 📧 @Courag... · 4d   ···
Replying to @robsmithonline
@ValuetainmentTV and @PBDsPodcast

So here is a rule of thumb: Anytime I hear someone say, "We shouldn't do Y because the left might get violent", that is a sure fire reason to do Y.



If we do not stand up strong to emotional blackmail and threats of violence or violence itself (think transgender **cult an**d BL**M), they** will hold Ame**rica hostage** and do what we've seen them do the last 5 plus years. And worse.

Here is the video legacy media ensured the American people didn't see: Waste of space Floyd dying all on his own.



🏠      🔍      𝕏 GROK      👥      🔔      ✉️

12:51

**Post** 

 **zi.** ⭐
@latinas4tyunnie

**Follow**

but i thought woke transgender liberals were
the odd ones when it comes to sex violence



Armand Domalewski ✓ @ArmandDo... · 1d

ewwww ewwww ewwww.

**Tiffany Fong** ✓
@TiffanyFong_

i did not get sex trafficked last night! thank you
for asking!

3:26 PM · 3/9/25 · **169K** Views

💬 440     ↻ 92     ♡ 3.7K     🔖 47

Most relevant replies ⌄

**Andrew Tate** ✓ 🔋 @Cobratate · 1h
Yet

💬 188     ↻ 76     ♡ 3.4K     📊 67K

**Tiffany Fong** ✓ @TiffanyFong_ · 1h
NOOOO 😶

💬 25     ↻ 4     ♡ 271     📊 7.9K



JASON ARNOLD
929-699-3448
NYS 2026 GOVERNOR HOPEFUL
240 COMMONWEALTH ST
FRANKLIN SQUARE NY 11010-3520

**1 LBS**          **1 OF 1**

DWT: 11,9,1

SHIP TO:

**WILKIE D FERGUSON, JR US COURTHOUSE**
305-523-5100
**WILKIE D FERGUSON, JR US COURTHOUSE**
**ROOM 8N09**
**400 N MIAMI AVE**
**MIAMI   FL   33128-1801**



MAR 1 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S.D. OF FLA - MIAMI



**FL 330 6-03**

# UPS 2ND DAY AIR          **2**

TRACKING #: 1Z 5AR 128 A6 3654 6308



BILLING: P/P
**ADULT SIGNATURE REQUIRED — MIN 21**

 P: RED          S: MGRN          I: 335

335-3128

 

SEE NOTICE ON... customs purpose... Regulations. D...